IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DANA FULLER,[1] | § | |
| | § | |
| Respondent Below, | § | No. 488, 2025 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| MASON SMITH, | § | File No. CS17-01741 |
| | § | Petition Nos. 25-15141 and |
| Petitioner Below, | § | 25-21691 |
| Appellee. | § | |

Submitted: March 17, 2026
Decided: April 13, 2026

## ORDER

The appellant, Dana Fuller, filed this appeal on December 2, 2025. Court staff sent several letters directing Fuller to pay the Supreme Court filing fee or to file a motion and affidavit to proceed *in forma pauperis*. Fuller did not do so. On February 17, 2025, the Chief Deputy Clerk issued a notice, sent by certified mail, directing Fuller to show cause why the appeal should not be dismissed because she has not paid the Supreme Court filing fee or filed a motion to proceed *in forma pauperis*. After the postal service unsuccessfully attempted delivery of the certified mail, the Chief Deputy Clerk reissued the notice by first-class mail on March 6, 2026. Fuller having failed to respond to the notice to show cause, to pay the filing fee or file a

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

motion to proceed *in forma pauperis*, or to provide an updated address to the Court, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice